UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

ILEIS TORRES,

               Plaintiff,

vs.

            Civil Action No.:
            1:25-CV-05695-BCM

COMMISSIONER OF SOCIAL SECURITY,

               Defendant.
--------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/18/25

## ORDER

AND, NOW, this 18 day of December, 2025, Plaintiff's motion is GRANTED. (*See* Dkt. 12.)

Plaintiff's opening motion and brief are deemed timely filed. Defendant's brief is due February 16, 2026 and Plaintiff's reply, if any, is due March 2, 2026.

No further extension of the briefing schedule will be granted absent compelling circumstances.

Barbara Moses
United States Magistrate Judge