**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
ILIES TORRES,

                            Plaintiff,                    25 **CIVIL** 5695 (CM)

          -v-                                            **JUDGMENT**


COMMISSIONER OF SOCIAL SECURITY,

                            Defendant.
-----------------------------------------------------------------------X


          It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Stipulation and Order dated February 18, 2026, the final decision of the

Commissioner be and hereby is REVERSED, and the matter is REMANDED to the

Commissioner of Social Security for this further administrative action.

**Dated:**  New York, New York

          February 24, 2026


                                                    TAMMI M. HELLWIG
                                            _____
                                                    Clerk of Court

                            BY:
                                            _____
                                                    Deputy Clerk